1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:22-MJ-00590-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Susan Yanessa Javalera-Rios | ) | |
| Defendant. | ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern    District of  District    for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   ( )   information in the Pretrial Services Report and Recommendation

   (×)   information in the violation petition and report(s)

   ( )   the defendant's nonobjection to detention at this time

   (×)   other: lack of sureties

1

1        and/ or

2   B. ( )    The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the safety
4        of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c). This finding is based on the following:
6        ( )    information in the Pretrial Services Report and Recommendation
7        ( )    information in the violation petition and report(s)
8        ( )    the defendant's nonobjection to detention at this time
9        ( )    other: _____

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

14   Dated: 09/16/2022                _____
15                                     SHASHI H. KEWALRAMANI
                                    UNITED STATES MAGISTRATE JUDGE